DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | POSSESSION OF A FIREARM BY A |
| | ) | PROHIBITED PERSON |
| v. | ) | Vio. 18 U.S.C. §§ 922(g)(8) and |
| | ) | 924(a)(2) |
| | ) | |
| | ) | COUNT 2: |
| DANIEL WAYNE PHILIP, | ) | CRIMINAL FORFEITURE |
| | ) | Vio. 18 U.S.C. § 924(d)(1) |
| Defendant. | ) | |
| | ) | |
| | ) | |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about May 11, 2006, in the District of Alaska, the defendant, DANIEL WAYNE PHILIP, did knowingly possess in or affecting commerce, three firearms, to wit: a Smith and Wesson .40 caliber semiautomatic handgun, model number SW40VE, serial number PBN0546, an Enfield .303 caliber bolt action rifle, model number 4 MK I, serial number 43L0586, and a German 8mm bolt action rifle, model number 98, serial number 5448, while subject to a domestic violence restraining order.

All of which is in violation of Title 18, United States Code, Section 922(g)(8), 924(a)(2).

## COUNT 2

As a result of committing the offense alleged in Count 1 of the Indictment, and upon conviction of Count 1, an offense punishable by imprisonment for more than one year, defendant shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including but not limited to one Smith and Wesson .40 caliber semiautomatic handgun, model number SW40VE, serial number PBN0546, one Enfield .303 caliber bolt action rifle, model number 4 MK I, serial number 43L0586, and one German 8mm bolt action rifle, model number 98, serial number 5448,

pursuant to Title 18, United States Code, Section 924(d)(1).

    A TRUE BILL.

                                            s/ Grand Jury Forperson
                                            GRAND JURY FOREPERSON

  s/ David A. Nesbett
DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov
Alaska Bar No. 9811075

  s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED:   6/20/06