MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs   DANIEL WAYNE PHILIP     CASE NO.   3:06-CR-00056-JWS
Defendant:   Present    X  In Custody

BEFORE THE HONORABLE       TERRANCE W. HALL

DEPUTY CLERK/RECORDER:     CAROLINE EDMISTON

UNITED STATES ATTORNEY:    DAVID NESBETT

DEFENDANT'S ATTORNEY:      SUE ELLEN TATTER, APPOINTED

U.S.P.O.:                  PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 07/13/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:34 p.m. court convened.

 X Copy of Indictment given to defendant: waived reading.

 X Defendant sworn.

 X Defendant advised of general rights: Waived full advisement of rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name:  Same as above.

 X Financial Affidavit filed.  Federal Public Defender accepted appointment; FPD notified.

 X PLEAS: Not Guilty to Count 1 of the Indictment and DENIED Count 2 of the Indictment

 X Court advised counsel trial date had not been set; Order for the Progression of a Criminal Case FILED.

 X Defendant detained/Detention Hearing set for **July 17, 2006 at 1:30 p.m. before Magistrate Judge Roberts.**

 X Order of Temporary Detention FILED.

 X Pretrial motions due **August 2, 2006;** Meet and confer by **July 19, 2006.**

At 1:47 p.m.


DATE:    July 13, 2006        DEPUTY CLERK'S INITIALS:     Ce