### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

#### RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. _Daniel Wayne Philip_

CASE NO: _3:06-cr-00056-JWS_

-------------------------------------------------------------------------------

Defendant _Daniel Wayne Philip_ ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

_✓_ Released to _Douglas Stewart_ , the third party custodian(s).

_____Paid cash bail in the amount of _____ to the Clerk of Court.

_____Posted unsecured bond in the amount of _____

_____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

_____Surrendered passport to the Clerk of Court.

_____Other:_____
_____
_____

Dated at _Anchorage_ , Alaska this _17_ day of _July_ , 20_06_

REDACTED SIGNATURE

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal