Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>Defendant. | NO. 3:06-cr-00056-JWS<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL FOR FOUR WEEKS** |

   The defendant, DANIEL WAYNE PHILIP, through counsel, hereby requests a continuance of the trial in this case, currently scheduled for September 11, 2006, for approximately four weeks, under 18 U. S. C. § 3161(h)(8)(A) and (B)(iv).

   The reasons for the request are contained in the attached affidavit.

   Assistant U.S. Attorney David Nesbett has stated he does not oppose a continuance.

DATED this 1st day of August 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on August 1, 2006,
a copy of the **Unopposed Motion to Continue Trial for Four Weeks** and the **Proposed Order** were served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter