UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>Defendant. | NO. 3:06-cr-00056-JWS<br><br>**PROPOSED ORDER RESCHEDULING TRIAL** |

After due consideration of the Defendant's Unopposed Motion to Continue Trial for Four Weeks, the motion is GRANTED.

IT IS HEREBY ORDERED that the trial in this matter is continued from September 11, 2006, to _____ _____, 2006, at _____ ___.m. The final pretrial conference is continued from Monday, September 11, 2006, to _____, 2006, at _____ ___.m.

DATED this ____ day of August 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE