Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>    Defendant. | NO. 3:06-cr-00056-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

1.      I am the attorney for defendant Daniel Wayne Philip in the above-captioned case.

2.      Trial in this case is currently set for September 11, 2006, at 9:00 a.m. I have three trials set that day, including a trial in Juneau:  United States v. Daniel Philip, Case No. 3:06-cr-0056-JWS; United States v. Billy Haynes, Case No. 1:06-cr-0002-JWS, (scheduled in Juneau); and United States v. Robert Gunnip, Case No. 3:06-cr-00060-JWS.

3. Mr. Philip's case is based on a state prosecution with great volume of police reports. He is prosecuted for having a firearm while under a domestic violence restraining order. The federal charge is based on papers, a hearing and an order from the state court which I plan to challenge legally. I need to obtain a transcript of the state court hearing. I plan to file motions, including a due process challenge. I need more materials from the state court for the motion. As far as the gun possession, the facts are fairly complex and involve numerous police reports which I am just now obtaining from the state public defender.

4. I feel I cannot provide effective assistance of counsel to Mr. Philip unless I get all of the relevant materials and have a trial date at a time when I am not responsible for trials or pleas of other clients.

5. Assistant U.S. Attorney David Nesbett stated to me that he does not oppose this motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Sue Ellen Tatter_
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 1st day of August 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

United States v. Daniel Wayne Philip
Case No. 3:06-cr-00056-JWS                                                                 Page 2

<u>Certification</u>:
I certify that on August 1, 2006,
a copy of the ***Affidavit of Counsel***
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

<u>s/Sue Ellen Tatter            </u>