Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>Defendant. | NO. 3:06-cr-00056-JWS<br><br>**MOTION TO CONTINUE TIME FOR FILING PRETRIAL MOTIONS**<br><br>**(Filed on Shortened Time)** |

The defendant, DANIEL WAYNE PHILIP, through counsel, moves this court to continue the deadline for filing pretrial motions for seven days, or until August 9, 2006.

The reasons for the request are contained in the attached affidavit.

DATED this 2nd day of August 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on August 2, 2006,
a copy of the **Motion to Continue
Time for Filing Pretrial Motions
(Filed on Shortened Time)**
and the **Proposed Order** were
served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter