UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>Defendant. | NO. 3:06-cr-00056-JWS<br><br>**PROPOSED ORDER GRANTING MOTION TO CONTINUE TIME FOR FILING PRETRIAL MOTIONS** |

After due consideration of the Defendant's Motion to Continue Time for Filing Pretrial Motions, the motion is GRANTED.

IT IS HEREBY ORDERED that the pretrial motion deadline of August 2, 2006, is continued for seven days until August 9, 2006.

DATED this _____ day of August 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE