Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL WAYNE PHILIP,<br><br>　　　　Defendant. | NO. 3:06-cr-00056-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the attorney for defendant Daniel Wayne Philip in the above-captioned case.

　　　　2.　　Pretrial motions in this case are presently due today, August 2, 2006

　　　　3.　　Yesterday I filed a motion to continue the trial date which was not opposed.  (See, Docket No. 16)

　　　　4.　　Mr. Philip's case is based on a state prosecution with great volume of police reports.  He is prosecuted for having a firearm while under a domestic violence

restraining order. The federal charge is based on papers, a hearing and an order from the state court which I plan to challenge legally. I need to obtain a transcript of the state court hearing. I plan to file motions, including a due process challenge. I need more materials from the state court for the motion. As far as the gun possession, the facts are fairly complex and involve numerous police reports which I am just now obtaining from the state public defender.

5. Counsel requests a continuance of the pretrial motion deadline for seven days, until August 9, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Sue Ellen Tatter*
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 2nd day of August 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on August 2, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter