# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    DANIEL WAYNE PHILIP

THE HONORABLE JOHN W. SEDWICK    CASE NO.    3:06-cr-00056-JWS

Deputy Clerk                    Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The motion for continuance at docket 16 is **GRANTED** in part: The September 11, 2006, final pre-trial conference is continued to 8:30 AM on Monday, September 18, 2006, and the September 11, 2006, trial by jury is continued to 9:00 AM on Monday, September 18, 2006. This date is within the Speedy Trial window. The court is not presently convinced that there is sufficient cause to set the trial date outside the Speedy Trial window. If during the week of September 4, 2006, it still appears that the case cannot be ready for trial as scheduled, counsel may file a renewed motion to continue trial.

DATE: August 3, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]