Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>    Defendant. | Case No. 3:06-cr-00056-JWS<br><br>**FIRST MOTION TO DISMISS INDICTMENT** |

    The defendant, DANIEL WAYNE PHILIP, through counsel, moves this court for an order dismissing this indictment with prejudice.  The court should grant this request for three reasons.  First, the Fifth Amendment due process clause precludes the government from relying on the domestic violence order issued by the Anchorage district court to establish a violation of 18 U.S.C. § 922(g)(8).  Second, 18 U.S.C. § 922(g)(8), on its face and as applied, violates the Tenth Amendment.  Finally, 18 U.S.C. § 922(g)(8), on its face and as applied, violates United States Constitution, Article I, § 8, clause 2, the Commerce Clause.

This motion is submitted pursuant to Fed. R. Crim. P. 12(b) and D. Alaska Loc. R. 7.1, and is based upon the Memorandum of Law filed herewith. A period of excludable delay may occur under 18 U.S.C. § 3161(h)(1)(F) as a result of this motion.

DATED this 9th day of August 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
Alaska Bar No. 7605057
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:

I certify that on August 9, 2006,
a copy of the **First Motion to
Dismiss Indictment** was
served electronically on:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter