IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _Anchorage_

_Rebekah Rae Bauer_

Petitioner          DOB _5-15-1978_

v.

_Daniel Wayne Philip Sr._

·Respondent          DOB _8-30-1978_

CASE NO. _3AN-06-86 CI_

## EX PARTE PROTECTIVE ORDER
### (20-DAY ORDER)

The above-named petitioner has filed a petition requesting a 20-day ex parte protective order under AS 18.66.110(a). This court makes the following findings and order based on:

☑ allegations in the petition.

☐ testimony of petitioner.          Tape #_____          Log #_____

## FINDINGS

1.  The court finds probable cause to believe that the relationship between petitioner and respondent is that of:

    ☐ a. persons who are current or former spouses.

    ☐ b. persons who live together or who have lived together.

    ☑ c. persons who presently have or previously had a dating or sexual relationship.

    ☐ d. persons who are related to each other up to the fourth degree of consanguinity, whether of the whole or half blood or by adoption, computed under the rules of civil law.

    ☐ e. persons who are related or formerly related by marriage.

    ☐ f. persons who have a child of the relationship.

    ☐ g. minor child and a person in a relationship described in a. through g. above with the minor child's parent, or the minor children of persons in a relationship described in a. through g. above.

    [AS 18.66.990(5)]

2.  ☑ The court finds probable cause to believe that the respondent has committed a crime involving domestic violence against the petitioner. [AS 18.66.110(a) and 18.66.990(3)]

3.  ☑ An ex parte order is necessary to protect the petitioner from domestic violence. [AS 18.66.110(a)]

4.  ☑ Petitioner has certified in writing the efforts made to notify respondent of the petition. [AS 18.66.110(a)] Respondent ☐ was ☑ was not notified.

000029

5. Other findings: _____
_____
_____
_____
_____

## PROTECTIVE ORDER

**IT IS HEREBY ORDERED THAT:**

1.  Petitioner's request for an ex parte protective order is **GRANTED**, and **it is ordered that**

   ☑ a.  respondent not threaten to commit or commit acts of domestic violence, stalking or harassment. [AS 18.66.100(c)(1)]

   ☑ b.  respondent not be in the physical presence of, telephone, contact or otherwise communicate directly or indirectly with petitioner except: _____
   _____
   [AS 18.66.100(c)(2) & (16)]

   ☑ c.  respondent leave and stay away from any residence of petitioner.
   ☑  Respondent is not to be within _200_ (feet/miles of petitioner's residence.
   [AS 18.66.100(c)(3) & (4)]

   ☑ d.  respondent stay away from and not telephone or contact the following additional locations:
   ☐ petitioner's school    ☑ petitioner's place of employment
   ☐ the following places frequented by petitioner or a member of the household:

   Place                                    Name of Household Member
   _____       _____
   _____       _____
   _____       _____

   Exceptions:_____
   _____
   [AS 18.66.100(c)(4) & (16)]

   ☑ e.  respondent not enter or follow a vehicle in the possession of or occupied by petitioner. [AS 18.66.100(c)(5) & (16)]

   ☐ f.  petitioner shall have possession and use of:
   ☐ the following vehicle and all keys to it: License #_____
   Description_____
   ☐ essential personal items, including:
   _____
   _____
   _____
   _____

   [AS 18.66.100(c)(10)]

000128

Exhibit A - Page 2 of 13

☐ g.  respondent not possess or use controlled substances.
     [AS 18.66.100(c)(11) & (16)]

☐ h.  respondent pay $ _____ per month for the support of the
     petitioner while this order is in effect, beginning on _____.
     [AS 18.66.100(c)(12)]

☐ i.  respondent may return **once** to the residence located at _____
     _____ **only with a police escort to pick up**
     essential personal belongings, clothing, and _____
     _____
     _____
     [AS 18.66.100(c)(16)]

☐ j.  respondent not sell or dispose of any personal property of the petitioner, any
     property jointly held, or any disputed property. [AS 18.66.100(c)(16)]

☐ k.  other _____
     _____
     _____
     _____

2.  Child Custody/Visitation/Support. [AS 18.66.100(c)(9) & (12)]

    **It is further ordered that:**

    a.  _____ shall have temporary custody of the child(ren)
        listed below  (name and date of birth):
        _____
        _____
        _____

    b.  _____ may not remove the child(ren) named in paragraph 2.a.
        from the State of Alaska, except _____
        _____

    c.  Visitation.  The court finds that the safety of the child(ren) and petitioner
        ☐ can be protected.  Therefore, visitation shall be allowed per AS 25.20.061 as
           follows:
           _____
           _____
           _____
           _____
           _____
           _____
           _____
           _____

000 27

☐ cannot be protected. Therefore, visitation will not be allowed.

d.   **Child Support.** The court finds that the obligor named below is legally obligated to support the following children named in paragraph 2.a.:_____ _____. Therefore, _____ shall pay to _____
             (obligor)                                        (obligee – custodian of the children)

$_____ per  ☐ week    ☐ month    ☐ _____

beginning on _____ and continuing while this order is in effect.

Support checks must be sent to: _____
                                                              (address)

---

3.    ☑    The petitioner has requested a long-term order. A hearing on this request will be held at:

Court Location: _303 K St. CtRm 39_     Judge: _Cole McBunay_

Date and Time: _Jan 30, 2006 @ 1030 AM_

**Respondent**: The court may issue a long-term protective order against you at this hearing <u>even if</u> you do not participate in the hearing.

**Petitioner**: If you do not participate in this hearing, there will be no long-term order issued and this ex parte order will expire after 20 days unless it is modified or dissolved by the court earlier.

**Both Parties**: If child support will be at issue (that is, if child support is requested on page 5 of the Petition), both parties must bring to the hearing a completed DV-101, Child Support Information form. This from is available at the court clerk's office.

---

0000 26

DV-110 (9/04)(st.4)
EX PARTE PROTECTIVE ORDER (20-DAY ORDER)                          AS 18.66.100-.990

##### ***** NOTICE TO RESPONDENT *****

**Violation of this order may be a misdemeanor, punishable by up to one year of incarceration and up to a $10,000 fine. [AS 18.66.130(d)(1) & AS 11.56.740] If you violate this order, you can be arrested by a peace officer without a warrant. [AS 18.65.530 & AS 12.25.030(b)]**

**If you are convicted of assault in the fourth degree committed in violation of this order, you will be sentenced to at least 20 days in jail. [AS 12.55.135(c)]**

**If you are ordered to have no contact with the petitioner or to stay away from the petitioner's residence, vehicle, or other place designated by the court, an invitation by the petitioner to have the prohibited contact or to be present at or enter the residence, vehicle, or other place does not in any way invalidate or nullify the order. [AS 18.66.130(d)(2)]**

##### ***** NOTICE TO BOTH PARTIES *****

While this protective order is in effect, both petitioner and respondent

1.  must keep the court informed of a means of contacting you (address and phone) so the court can notify you should there be any further action in this case (ask for confidentiality if necessary); and

2.  have a continuing duty to inform the court in writing of pending civil actions or domestic violence criminal actions involving either the petitioner or the respondent. [AS 18.66.150(b)]

#### WRIT OF ASSISTANCE

TO:   Any Peace Officer, State of Alaska

You are commanded to use every lawful means to enforce the above order. You shall:

☐   escort and assist petitioner to obtain possession of the residence at _____ _____ and remove respondent if necessary.

☐   escort and assist petitioner to safely obtain possession of the items listed in paragraph 1.f. of this order.

☐   assist respondent <u>once</u> to recover undisputed personal items, clothing or other property listed in paragraph 1.i. of this order. You shall notify the petitioner of the time and date you will accompany the respondent to the residence. The petitioner may be present. Any item the petitioner objects to respondent removing, you shall restrain the respondent from removing from the residence.

☐   assist _____ to obtain physical custody of the minor child(ren) named in paragraph 2.a. of this order from any other person. You may enter any location where you have probable cause to believe the child(ren) may be found.

You shall also: _____ 000· 25 _____

_____

_____

Page 5 of 6
DV-110 (9/04)(st.4)
EX PARTE PROTECTIVE ORDER (20-DAY ORDER)                    AS 18.66.100-.990

Exhibit A - Page 5 of 13

## MODIFICATION

Either party may ask the court to change or end this order. A form for making this request (form DV-135) is available at the court clerk's office.

### EFFECTIVE DATES

This order and writ will be in effect for 20 days unless modified or dissolved earlier by court order.

__4/10/06__
Effective Date and Time

_____
Judge/Magistrate

_____
Type or Print Name

In-Court Distribution on above date:
☐ Petitioner
☐ Respondent

In-Court Clerk: _____

Other Distribution:
I certify that on 1/10/06 a copy of this Order was given or mailed to:
☑ Petitioner
☐ Respondent
☐ Local police/AST at ___APD___ for their records
☑ Local police/AST at ___APD___ to serve respondent

Clerk: _____

I, the undersigned, certify that this is a true and correct copy of the original document on file in the Superior Court, Third Judicial District, State of Alaska.
ATTEST:
Clerk of the Trial Courts at Anchorage
By: _____  Deputy Clerk
Date: _____

000024

**Case Type: DVI**

FILED
STATE OF ALASKA
THIRD DISTRICT

06 JAN 10 PM 6:48

CLERK, TRIAL COURTS
BY_____
DEPUTY CLERK

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT  Anchorage

Rebekah Rae Bauer
Petitioner   Date of Birth 5|15|78

v.

Daniel Wayne Philip, Sr.
Respondent   Date of Birth 8|30|78

CASE NO. 3AN-05-86CI

PETITION FOR PROTECTIVE ORDER
(DOMESTIC VIOLENCE)

I, petitioner, swear or affirm under penalty of perjury that all the information I provide in this petition is true to the best of my knowledge and belief.

1. I am requesting (check all that apply)

   ☒ a 20-day protective order.  (This order, called an "ex parte" order, can take effect immediately without prior notice to the respondent.)

   I understand that I can get a 20-day order without prior notice to the respondent. However, the law requires that I tell the court about any efforts I have made to notify the respondent.  I certify that I

   ☐ have not tried to notify the respondent that I am filing this petition.

   ☒ notified or tried to notify the respondent as follows: police officer informed him the night of Dec. 21, 2005

   ☒ a long-term protective order.  (This order can only be issued after notice to the respondent and a court hearing.  Most provisions of this order will last for one year. However, the provision that prohibits the respondent from committing domestic violence will last indefinitely (until the court terminates it).)

**NOTE:  If there is any chance you might need protection for more than 20 days, you should request both a long-term order and a 20-day order.  To do this, check both boxes.**

2. The respondent is (check all that apply)

   ☐ my spouse   ☐ my former spouse   ☐ my parent   ☐ my grandparent

   ☐ my child   ☐ my grandchild   ☐ my brother   ☐ my sister

   ☐ my first cousin   ☐ my aunt   ☐ my uncle   ☐ my nephew   ☐ my niece

   ☒ a person with whom I presently have or previously had a dating or sexual relationship.

   ☒ someone who lives or has lived with me.

   ☐ a person related or formerly related to me by marriage (for example, stepparent, stepchild)

   ☐ other (specify relationship) _____

Page 1 of 6
DV-100 (9/04)(st. 4)
PETITION FOR PROTECTIVE ORDER (DOMESTIC VIOLENCE)

AS 18.66.100-.990
Civil Rule 65.1

000023

3. There are children in my household.   ☐ yes   ☒ no

4. I have been the victim of domestic violence by respondent as described below.   (Include date of incident, place where incident occurred and injuries suffered, if any.   List the most recent incident first and specify whether weapons or children were involved.   Attach additional sheets if necessary.)

   August 4, 2005 - Police were called to our residence after Daniel threatned me with a hammer

   Present during incident on 12·21·05 with Denise laughing and watching. Never tried to stop even after I asked him for help. He asked me to come to his residence to drop off his children's Christmas belongings

5. Has the respondent been involved in other instances of domestic violence?

   UNKNOWN

6. I request an order from the court directing (check all that apply)

   ☒ a.   respondent not to threaten or commit acts of domestic violence, stalking, or harassment.

   ☒ b.   respondent not to be in my physical presence and not telephone, contact, or otherwise communicate directly or indirectly with me.   Exceptions (if any):

   ☒ c.   respondent to leave and stay away from my residence.   Exception:   ☐ I request an order directing a peace officer to accompany the respondent to my residence to remove respondent's essential personal belongings including

   This is also respondent's current residence.   ☐ yes   ☒ no
   (If yes, answer the following.)

   (1) The address is:

   (2) The residence is also used for business purposes.   ☐ yes   ☒ no
   If yes, describe:

   (3) The title or lease for the residence is in the name of:   Rebekah Rae Bauer
   (Note:   Temporary possession of the residence may be given to the petitioner regardless of ownership of the residence.   AS 18.66.100(c)(3))

☒ d.  respondent to stay away from and not telephone or contact the following additional locations:

☐ my school    ☒ my place of employment

☒ the following places frequented by me or by the member of my household listed below:

| Place | Name of Household Member |
|-------|--------------------------|
| 13390 Baywind Drive A/A 99516 | The Phelps Family |
| | |
| | |
| | |

Exceptions _____

☒ e.  respondent not enter or follow a vehicle in my possession or occupied by me.

☐ f.  I be given temporary possession and use of the following, regardless of ownership:

☐  a vehicle and all keys to it.  Vehicle license number: _____
Vehicle Description: _____

☐  essential personal items, including: _____
_____
_____

☐ g.  a peace officer to accompany me to my residence to ensure that I:

☐  safely obtain possession of the residence and any vehicle or personal items which the court gives temporary possession of to me.

☐  am able to safely remove a vehicle and personal items from my residence.

☒ h.  respondent not to possess or use controlled substances.

☐ i.  respondent to pay support to me. I understand that support cannot be awarded unless the respondent has an independent legal obligation to support me.

(1)  My estimated monthly income from all sources  $_____
My estimated monthly expenses  $_____

(2)  Respondent's monthly income from all sources  $_____
Respondent's monthly expenses  $_____

(3)  I have been  ☐ completely   ☐ partly   supported by the respondent since _____.

☐ j.  other: _____
_____
_____

UUUU21

7. I also request that the following be included in the long-term protective order. I understand that these requirements cannot be included in the 20-day order. I request that the court direct:

☒ a. respondent not to use or possess a deadly weapon (including a firearm).

☒ b. respondent to surrender any firearm owned or possessed by respondent.

☐ c. respondent to reimburse me or the person named below for expenses associated with the domestic violence (such as medical expenses, counseling, shelter, and repair or replacement of damaged property) as described below:

| Pay to | Type of Expense | Amount |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

☐ d. respondent to pay to _____ the costs and fees I have incurred in bringing this action, in the amount of $ _____.

☐ e. respondent to enroll in and complete, at respondent's expense:

☐ a program for the rehabilitation of perpetrators of domestic violence that meets the standards set by the Department of Corrections under AS 44.28.020(b).

☐ treatment for the abuse of alcohol.

☐ treatment for the abuse of controlled substances.

8. Children.

☐ I request that the court enter the following orders concerning the child(ren).

a. I request the court to award me temporary physical custody of the minor child(ren) named below:

| (1) | Child's Name | Date of Birth | How Long in Alaska | My relationship to child is: | Respondent's relationship to child is: |
|---|---|---|---|---|---|
| | _____ | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ | _____ |

(2) The child(ren) and I have lived in Alaska for the past six months.
☐ yes   ☐ no

Page 4 of 6
DV-100 (9/04)(st. 4)
PETITION FOR PROTECTIVE ORDER (DOMESTIC VIOLENCE)

AS 18.66.100-.990
Civil Rule 65.1

00000 20

(3) There is a custody order over one or more of the children.
☐ yes   ☐ no   ☐ do not know   If yes, describe each order below:

| Child's Name | State that issued order | Case No. (if known) | The order grants custody to: |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(4) I  ☐  currently have the child(ren)

☐ request an order directing a peace officer to assist me to obtain the child(ren) from _____ who now has them.

b. **Visitation.** I understand the court may only grant visitation to the respondent if my safety and the safety of the children can be protected. If the court considers visitation, these are my safety concerns: _____
_____
_____
_____
_____

c. **Child Support.** I request that the court order the respondent to pay child support to me for the child(ren) named in section (a)(1) during the period I have temporary physical custody of them.   ☐ yes   ☐ no

(1) Financial Information About Respondent.
Respondent's Occupation: _____
Name of Employer: _____
Respondent's take-home pay: $_____   ☐ each week   ☐ monthly
☐ every 2 weeks   ☐ _____

(2) Child support checks should be sent to: _____
<span style="font-size:small">(mailing address safe to reveal to respondent)</span>

I understand that the above information is sufficient for the 20-day order. However, to get a long-term (one-year) child support order, I understand that I must complete form DV-101, Child Support Information, and bring it with me when I come back to court for the hearing on whether the long-term protective order will be granted.

9. **Other Cases.**

a. The following are all the <u>pending</u> civil (for example, divorce or child custody) cases or domestic violence criminal cases, in this or another state, involving either me or respondent (that I know of):

| Type of Case | Court Location | Petitioner or Respondent |
|---|---|---|
| ~~UNKNOWN~~ | | |
| Traffic | Anchorage | Respondent |
| _____ | _____ | _____ |

Page 5 of 6
DV-100 (9/04)(st. 4)
PETITION FOR PROTECTIVE ORDER (DOMESTIC VIOLENCE) 00019

AS 18.66.100-.990
Civil Rule 65.1

Exhibit A - Page 11 of 13

b. The following are other court cases (civil or criminal) involving the respondent that I want the court to know about:

| Type of Case | Court Location |
|---|---|
| 7 ~~UNKNOWN~~ Traffic | Anchorage |

10. Information About Respondent.

Respondent's full legal name and any nicknames or other names used: _____

Daniel Wayne Philip, Sr.

Respondent's Mailing Address: 6730 Baxter Terrace Circle A/A 99504

Respondent's Home Phone: UNKNOWN    Work Phone: 230-9141

11. Petitioner Information. [The court needs your mailing address in order to send court papers, including notices of hearing, to you. If you believe you may endanger yourself by giving your mailing address, write a "message" address where you can be sure you will receive court papers. **If you do not have an address and telephone number that can safely be revealed to the respondent, ask the court clerk how you can provide this information so that it will be kept confidential and not revealed to the respondent.** Civil Rule 65.1]

My mailing/message address is: 13390 Baywind Dr Anchorage AK 99516
_____
Street or Box No.        City        State        Zip

My message phone: 907 -~~B~~345 -3436

My full legal name: Rebekah Rae Bauer

Any nicknames or other names: Becky, Bekah

| 1·10·2006 | Rebekah Bauer    Rebekah Bauer |
|---|---|
| Date | Petitioner's Signature |

Rebekah Bauer
Print Name

Subscribed and sworn to or affirmed before me at Anchorage , Alaska

1-10-2006
(date)

_____
Clerk of Court, Notary Public or other person
authorized to administer oaths

My commission expires: w/o

Page 6 of 6
DV-100 (9/04)(st. 4)
PETITION FOR PROTECTIVE ORDER (DOMESTIC VIOLENCE)

AS 18.66.100-.990
Civil Rule 65.1

Exhibit A - Page 12 of 13

IN THE (DISTRICT)/(SUPERIOR) COURT FOR THE STATE OF ALASKA

AT _Anchorage_ ALASKA

_FILED_
_DISTRICT_

| | |
|---|---|
| _Rebekah Rae Bauer_ ) | _JAN 17 PH 2:30_ |
| DOB: 5\|15\|78 (Petitioner) ) | |
| OL/SSN ) | |
| 7135447 / 606 09 3737 ) | BY _____ |
| v. ) | CASE No. _3AN-06-86 CI_ DV |
| ) | **PEACE OFFICER'S RETURN OF** |
| _Daniel Wayne Philip Sr._ ) | **SERVICE** |
| DOB: 8\|30\|78 (Respondent) ) | |
| OL/SSN ) | |
| 6697174 / 574 62 3729 ) | |

I hereby certify that I have received the following documents:

☐ Notice of Hearing/Denial Order          ☒ Ex-Parte Protective Order (20 Day Order)

☐ Emergency Protective Order (72 hour)     ☐ Petition for Protective Order

☐ _____              ☐ DV Protective Order (6 mo.)

on _January 16_ , 20 _06_ , at _Anchorage_ , Alaska.

I hereby certify that I

☒ Served the listed document(s) on _Daniel Philip Sr._ by handing
  to and leaving a true copy with _Respondent_ and

  ☐ turned custody of the minor child(ren) _____
    _____ over to _____

  ☐ _____

  personally at _6730 Baxter Terrace Circle_ , Alaska
  on _Jan uary 16_ , 20 _06_ ,at _1946_ (hours).

☒ Explained direct/indirect contact and communication to respondent.

☒ Entered into DV Registry by DSN _585_

☐ Additional Information _____
  _____

☐ Did not serve the above listed documents on the respondent named above because
  _____
  _____

Return Date: _1/16/2006_          Signature/DSN: _G Okamoto 27982_

Time Spent: _15 mins._

Court Date: _Jan. 30, 2006_       Printed Name/Title: _Lt. Okamoto Police Offic_

**PEACE OFFICER'S RETURN OF SERVICE**