Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>                Defendant. | Case No. 3:06-cr-00056-JWS<br><br>**SECOND MOTION TO DISMISS INDICTMENT** |

The defendant, DANIEL WAYNE PHILIP, through counsel, moves this court for an order dismissing this indictment with prejudice for failure to state the crime as charged in 18 U.S.C. § 922(g)(8).  This motion is in addition to the first motion to dismiss on constitutional grounds.

This motion is based on the attached memorandum of law, the attachments, and the statement of facts in defendant's First Motion to Dismiss Indictment, filed at Docket Nos. 22 and 23.

DATED this 9th day of August 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
Alaska Bar No. 7605057
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:        907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:

I certify that on August 9, 2006,
a copy of the *Second Motion to
Dismiss Indictment* was
served electronically on:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter