IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

REBEKAH BAUER )
Petitioner    DOB 5-15-78 )
)
v. )
)
DANIEL PHILIP SR )   CASE NO. 06-86CI
Respondent    DOB 8-30-78 )
) **DOMESTIC VIOLENCE**
) **PROTECTIVE ORDER**

A hearing on petitioner's request for a protective order was held on 1-30-06
with ☒ petitioner   ☒ respondent   ☐ guardian ad litem   present.
Tape # _____   Log # _____

Based on the petition and testimony presented at the hearing, the court makes the following findings and order:

### FINDINGS

The court finds by a preponderance of evidence that:

1. The relationship between petitioner and respondent is that of:
   - ☐ a. persons who are current or former spouses.
   - ☒ b. persons who live together or who have lived together.
   - ☐ c. persons who presently have or previously had a dating or sexual relationship.
   - ☐ d. persons who are related to each other up to the fourth degree of consanguinity, whether of the whole or half blood or by adoption, computed under the rules of civil law.
   - ☐ e. persons who are related or formerly related by marriage.
   - ☐ f. persons who have a child of the relationship
   - ☐ g. minor child and a person in a relationship described in a. through g. above with the minor child's parent, or the minor children of persons in a relationship described in a. through g. above.

   [AS 18.66.990(5)]

2. ☒ The respondent has committed a crime involving domestic violence against the petitioner. This is a civil finding based on a preponderance of the evidence and is not a criminal conviction. [AS 18.66.100(b) and 18.66.990(3)]

3. ☒ The respondent has received actual notice of the hearing and been given an opportunity to be heard. [AS 18.66.100(b) and 18 USC 922(g)]

4. Respondent ☒ does   ☐ does not represent a credible threat to the physical safety of petitioner or a minor child in the care of the petitioner. [18 USC 922(g)(8)(C)(1)]

00035

5.   Other findings: _____

## PROTECTIVE ORDER

**IT IS HEREBY ORDERED THAT:**

1.  Petitioner's request for a protective order is **GRANTED**, and **it is ordered that:**

    ☒ a.  respondent not threaten to commit or commit acts of domestic violence, stalking or harassment. [AS 18.66.100(c)(1)]

    ☒ b.  respondent not be in the physical presence of, telephone, contact or otherwise communicate directly or indirectly with petitioner except: _____ [AS 18.66.100(c)(2) & (16)]

    ☒ c.  respondent leave and stay away from any residence of petitioner.
    ☒ Respondent is not to be within <u>500 FT</u> of petitioner's residence. [AS 18.66.100(c)(3) & (4)]

    ☒ d.  respondent stay away from and not telephone or contact the following additional locations:
    ☐ petitioner's school   ☒ petitioner's place of employment —
    ☐ the following placed frequented by petitioner or a member of the household:
       Place                               Name of Household Member

    _____    _____
    _____    _____

    Exceptions: Only as necessary pursuant to respondent's own employ<sup>nt</sup>
    [AS 18.66.100(c)(4) & (16)]

    ☒ e.  respondent not enter or follow a vehicle in the possession of or occupied by petitioner. [AS 18.66.100(c)(5) & (16)]

    ☐ f.  petitioner shall have possession and use of:

    ☐ the following vehicle and all keys to it: License # _____
    Description: _____

    ☐ essential personal items, including:
    _____

Page 2 of 6
DV-105wt (9/04)(st.4)
DOMESTIC VIOLENCE PROTECTIVE ORDER

000034

AS 18.66.100-.990

Exhibit A - Page 2 of 6

☐ g. respondent not posses or use controlled substances.
   [AS 18.66.100(c)(11) & (16)]

☐ h. respondent pay $_____ per month for the support of the petitioner while this order is in effect, beginning on _____.
   [AS 18.66.100(c)(12)]

☐ i. respondent not use or possess a deadly weapon (including a firearm), based on the court's finding that the respondent was in the actual possession of or used a weapon during the commission of domestic violence.
   [AS 18.66.100(c)(6)]

☐ j. respondent surrender any firearm owned or possessed by the respondent to _____ no later than _____, based on the court's finding that the respondent was in the actual possession of or used a firearm during the commission of the domestic violence.
   [AS 18.66.100(c)(7)]

☐ k. respondent reimburse petitioner or other specified party for expenses associated with the domestic violence (including medical expenses, counseling, shelter and repair or replacement of damaged property) as follows:

   Pay to:                Type of Expense:              Amount:
   _____         _____            _____
   _____         _____            _____

   [AS 18.66.100(c)(13)]

☐ l. respondent pay to _____ costs and fees incurred by the petitioner in bringing this action, in the amount of $_____.
   [AS 18.66.100(c)(14)]

☐ m. respondent enroll in and complete at respondent's expense

   ☐ the following program for the rehabilitation of perpetrators of domestic violence that meets the standards set by the Department of Corrections under AS 44.28.020(b): _____

   ☐ the following alcohol/substance abuse treatment program: _____
   [AS 18.66.100(c)(15)]

☐ n. respondent may return **once** to the residence located at _____ **only with a police escort** to pick up essential personal belongings, clothing, and _____
   [AS 18.66.100(c)(16)]

☐ o. respondent not sell or dispose of any personal property of the petitioner, any property jointly held, or any disputed property. [AS 18.66.100(c)(16)]

☐ p. other _____

2. Child Custody/Visitation/Support. [AS 18.66.100(c)(9) & (12)]

   **It is further ordered that:**

   a. _____ shall have temporary custody of the child(ren) listed below
      (name and date of birth):

      _____

      _____

      _____

   b. _____ may not remove the child(ren) named in paragraph 2.a. from the State of Alaska, except _____

   c. Visitation. The court finds that the safety of the child(ren) and petitioner

      ☐ can be protected. Therefore, visitation shall be allowed per AS 25.20.061 as follows:

          ☐ Specified in Supplemental Visitation Order (DV-106) dated _____
          ☐ Outlined below:

      _____

      ☐ cannot be protected. Therefore, visitation will not be allowed.

   d. Child Support.  ☐ Child support must be paid as provided in the attached child support order.

000032

#### **** <u>NOTICE TO RESPONDENT</u> ****

Violation of this order may be a misdemeanor, punishable by up to one year of incarceration and up to a $10,000 fine. [AS 18.66.130(d)(1) & AS 11.56.740] If you violate this order, you can be arrested by a peace officer without a warrant. [AS 18.65.530 & AS 12.25.030(b)]

If you possess a firearm or ammunition while this order is in effect, you may be charged with a federal offense even if paragraphs 1(i) and 1(j) of this order do not prohibit you from possessing these items. [18 USC 922(g)]

If you are convicted of assault in the fourth degree committed in violation of this order, you will be sentenced to at least 20 days in jail. [AS 12.55.135(c)]

If you are ordered to have no contact with the petitioner or to stay away from the petitioner's residence, vehicle, or other place designated by the court, an invitation by the petitioner to have the prohibited contact or to be present at or enter the residence, vehicle, or other place does not in any way invalidate or nullify the order. [AS 18.66.130(d)(2)]

#### **** <u>NOTICE TO BOTH PARTIES</u> ****

While this protective order is in effect, both petitioner and respondent

1. must keep the court informed of a means of contacting you (address and phone) so the court can notify you should there be any further action in this case (ask for confidentiality if necessary); and

2. have a continuing duty to inform the court in writing of pending civil actions or domestic violence criminal actions involving either the petitioner or the respondent. [AS 18.66.150(b)]

#### <u>WRIT OF ASSISTANCE</u>

TO:   Any Peace Officer, State of Alaska

You are commanded to use every lawful means to enforce the above order. You shall:

- [ ] escort and assist petitioner to obtain possession of the residence at _____ and remove respondent if necessary.

- [ ] escort and assist petitioner to safely obtain possession of the items listed in paragraph 1.f. of this order.

- [ ] assist respondent <u>once</u> to recover undisputed personal items, clothing or other property listed in paragraph 1.n. of this order. You shall notify the petitioner of the time and date you will accompany the respondent to the residence. The petitioner may be present. Any item the petitioner objects to respondent removing, you shall restrain the respondent from removing from the residence.

- [ ] assist _____ to obtain physical custody of the minor child(ren) named in paragraph 2.a. of this order from any other person. You may enter any location where you have probable cause to believe the child(ren) may be found.

Page 5 of 6
DV-105wt (9/04)(st.4)
DOMESTIC VIOLENCE PROTECTIVE ORDER                                              AS 18.66.100-.990

Exhibit A - Page 5 of 6

You shall also: _____

## MODIFICATION

Either party may ask the court to change or end this order. A form for making this request (form DV-135) is available at the court clerk's office.

## EFFECTIVE DATES

Paragraph 1(a) of this order, which prohibits the respondent from committing or threatening to commit acts of domestic violence, stalking or harassment, will remain in effect indefinitely, until dissolved by court order.

All other provisions of this order and writ will be in effect for one year unless modified or dissolved earlier by court order.

This order will be served on the Respondent as follows:

☒ in court on this date    ☐ by first-class mail    ☐ by police

_____1-30-06_____         _____
Effective Date and Time           Judge/Magistrate

                                          COLE
                                    Type or Print Name

In-Court Distribution on above date:    Other Distribution:
☒ Petitioner                             I certify that on 1-30 a copy of this order was given or
☒ Respondent                             mailed to:
                                         ☐ Petitioner
In-Court Clerk: _____                  ☐ Respondent
                                         ☒ Local police/AST at APD for their records
                                         ☒ Local police/AST at _____ to serve respondent
                                         ☐ CSED if applicable (with child support order)

                                         Clerk: _____

The undersigned, certify that this is a true and correct copy of the original document on file in the Superior Court Third Judicial District, State of Alaska.
ATTEST: Clerk of the Trial Courts at Anchorage
By _____ Deputy Clerk
Date: 5-12-06