DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00056-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **EXTEND GOVERNMENT'S** |
| | ) | **RESPONSE DUE DATE** |
| DANIEL WAYNE PHILIP, | ) | |
| | ) | |
| Defendant. | ) | Filed on Shortened Time |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests that the government's response to the defendant's motion be due on or before August 22, 2006.  An evidentiary hearing in this case has been set for Monday, August 28, 2006.

The defendant filed two motions to dismiss the indictment on August 9, 2006.  The undersigned is in need of additional time to adequately respond to the

lengthy and substantial motions. The government has contacted counsel for the defendant, Ms. Tatter, who does not oppose the government's request.

The government respectfully requests, therefore, that the government's response to the defendant's motions to the indictment be due on or before the close of business August 22, 2006.

RESPECTFULLY submitted this __17th__ day of August, 2006, at Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ David A. Nesbett
> Special Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-6306
> Fax: (907) 271-1500
> E-mail: david.nesbett@usdoj.gov
> Alaska Bar # 9811075

CERTIFICATE OF SERVICE
I declare under penalty of perjury
that a true and correct copy of the foregoing
was sent to the following counsel of record
on August 17th, 2006, via:

    (X) electronic filing service

Sue Ellen Tatter
Federal Public Defender

s/ David A. Nesbett