IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00056-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **EXTEND GOVERNMENT'S** |
| | ) | **RESPONSE DUE DATE** |
| DANIEL WAYNE PHILIP, | ) | |
| | ) | |
| Defendant. | ) | Filed on Shortened Time |
| | ) | |

Having considered the Government's Unopposed Motion to Extend

Response Due Date for the above captioned case, IT IS HEREBY ORDERED that

the Government's request is **GRANTED**.  Government's response deadline to

defendant's motion to dismiss indictment is due _____.

IT IS SO ORDERED.

DATED this _____ day of August, 2006,  at Anchorage, Alaska.


_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE