IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00056-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | **RE: MOTION TO EXTEND** |
| | ) | **GOVERNMENT'S RESPONSE** |
| DANIEL WAYNE PHILIP, | ) | **DUE DATE** |
| | ) | (Docket No. 27) |
| Defendant. | ) | |
| | ) | Filed on Shortened Time |

Having considered the Government's Unopposed Motion to Extend Response Due Date for the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.  Government's response deadline to defendant's motions to dismiss indictment Docket Nos. 22 and 25 is due August 22, 2006.  Counsel is reminded that when filing a motion for continuance, paragraph 3 of the Order for the Progression of a Criminal Case must be adhered to.

IT IS SO ORDERED.

DATED this 17th day of August, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE