Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:06-cr-00056-JWS |
| Plaintiff, | |
| vs. | **NOTICE OF ERRATA** |
| DANIEL WAYNE PHILIP, | |
| Defendant. | |

The defense hereby gives notice of the following errors and additions to the motions to dismiss.

1.     The memorandum for the First Motion to Dismiss should have cited United States v. Jones, 231 F.3d 508 (9th Cir. 2000).  In this case, the Ninth Circuit Court of Appeals held that the statute prohibiting gun possession by persons subject to a DV order was not unconstitutional under the Tenth Amendment or the Commerce Clause of the United States Constitution.

      2.     The memorandum for the Second Motion to Dismiss should have cited

18 U. S. C. § 921(32), the definition of "intimate partner" for the statute in question.


DATED this 18th day of August 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:          907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on August 18, 2006,
a copy of the **Notice of Errata** was
served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter