DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00056-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SECOND UNOPPOSED** |
| v. | ) | **MOTION TO EXTEND** |
| | ) | **GOVERNMENT'S RESPONSE** |
| DANIEL WAYNE PHILIP, | ) | **DUE DATE** |
| | ) | |
| Defendant. | ) | Filed on Shortened Time |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests that the government's response to the defendant's motion be extended an additional day, or August 23, 2006.  An evidentiary hearing in this case has been set for Monday, August 28, 2006.

The undersigned is in need of another day to adequately respond to the defendant's motions. The undersigned apologizes for any inconvenience this may cause the court. The government has contacted counsel for the defendant, Ms. Tatter, who does not oppose the government's request.

The government respectfully requests, therefore, that the government's response to the defendant's motions to the indictment be due on or before the close of business August 23, 2006.

RESPECTFULLY submitted this __22nd__ day of August, 2006, at Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ David A. Nesbett
>Special Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-6306
>Fax: (907) 271-1500
>E-mail: david.nesbett@usdoj.gov
>Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**
I declare under penalty of perjury
that a true and correct copy of the foregoing
was sent to the following counsel of record
on August 22nd, 2006, via:

    (X) Electronic Notice

Sue Ellen Tatter, Federal Public Defender

s/ David A. Nesbett