IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00056-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| DANIEL WAYNE PHILIP, | ) | Filed on Shortened Time |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Government's Second Unopposed Motion to Extend Response Due Date for the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.  Government's response deadline to defendant's motion to dismiss indictment is due <u>August 23, 2006.</u>

IT IS SO ORDERED.

DATED this ____ day of August, 2006,  at Anchorage, Alaska.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE