Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL WAYNE PHILIP,<br><br>　　　　　Defendant. | NO. 3:06-cr-00056-JWS<br><br>**MOTION TO CONTINUE TIME FOR FILING REPLY BRIEF FOR FIVE DAYS**<br><br>**(Filed on Shortened Time)** |

　　　　　The defendant, DANIEL WAYNE PHILIP, through counsel, moves this court to continue the time for filing defendant's reply brief to the government's opposition to Mr. Philip's First Motion to Dismiss Indictment (Docket No. 22) and His Second Motion to Dismiss Indictment (Docket No. 25) by five days.

　　　　　DATED this 25th day of August 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

Certification:
I certify that on August 25, 2006,
a copy of the **Motion to Continue Time for Filing Reply Brief for Five Days** was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter