UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>　　　　Defendant. | NO. 3:06-cr-00056-JWS<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Motion to Continue Time for Filing Reply Brief for Five Days (Filed on Shortened Time), the court grants the motion.

IT IS HEREBY ORDERED that the defendant's reply brief to the government's opposition to Mr. Philip's First Motion to Dismiss Indictment (Docket No. 22) and his Second Motion to Dismiss Indictment (Docket No. 25) shall be filed by close of business on September 1, 2006.

DATED this _____ day of August 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE