Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>Defendant. | NO. 3:06-cr-00056-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

1.  I am the attorney in the above-captioned case.

2.  The government filed its opposition to Mr. Philip's First Motion to Dismiss Indictment (Docket No. 22) and His Second Motion to Dismiss Indictment (Docket No. 25) on August 23, 2006 (Docket No. 32).

3.  The government was granted two requests for extension of time to file its opposition.  (See, Docket Nos. 28 and 31)

4. After the government's continuances, its opposition came at a time when I was very busy in court with other matters.

5. I do not have time to reply in the immediate future. I must be in Juneau all day Monday, August 28, 2006, in <u>United States v. Haynes</u>, Case No. 1:06-cr-0002-JWS, for a suppression hearing. I have a Ninth Circuit petition due Tuesday, August 29, 2006, in <u>United States v. Saechao</u>. CA No. 05-30439.

6. Counsel respectfully requests that the court continue the time for filing the defendant's reply brief to the government's opposition by five days until September 1, 2006.

7. I tried to reach Mr. Nesbett but could not.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_Sue Ellen Tatter_
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 25th day of August 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on August 25, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter