Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>Defendant. | NO. 3:06-cr-00056-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

The defendant, DANIEL WAYNE PHILIP, through counsel, notifies the court of his intention to change his plea.  There is no written plea agreement.

Mr. Philip requests that the court vacate the final pretrial conference and trial scheduled for September 18, 2006. Counsel must be in Juneau on September 14 and September 15, 2006, for investigation and a suppression hearing, but respectfully requests that the court schedule a change of plea hearing at any other time convenient to the court and counsel.

DATED this 11th day of September 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:          907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on September 11, 2006,
a copy of the *Notice of Intent to Change Plea* was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter