## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA        v.    DANIEL WAYNE PHILIP

THE HONORABLE JOHN W. SEDWICK        CASE NO.   3:06-cr-00056-JWS

    Deputy Clerk

    Robin M. Carter

APPEARANCES:    for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

At docket 22, defendant Philip filed a motion to dismiss the indictment and subsequently filed an additional motion to dismiss the indictment at docket 25.  The motions were briefed.  Thereafter the magistrate judge issued a very thorough report at docket 36 in which he recommended that the motions be denied.  Philip filed timely objections at docket 37.  The magistrate judge then filed a final report at docket 38 in which he continued to recommend that the motions be denied.

This court must review all of the magistrate judge's recommended findings of fact as to which an objection is taken and all his recommended conclusions of law *de novo*.  It must review all other recommended findings of fact for clear error.  Applying those standards, this court finds that Magistrate Judge Roberts' recommended findings of fact and conclusions of law are all correct.  Therefore, this court adopts them.

For the preceding reasons, the motions at dockets 22 and 25 are each **DENIED.**

DATE:  September 12, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: rmc
Deputy Clerk

[FORMS*IA*]