NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-056-JWS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR PRELIMINARY** |
| | ) | **ORDER OF FORFEITURE** |
| v. | ) | |
| | ) | |
| DANIEL WAYNE PHILIP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby requests that this Court enter the Preliminary Order of Forfeiture attached to this motion,

pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 27th day of September, 2006 in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/James Barkeley
> JAMES BARKELEY
> Assistant U. S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Rm. C-253
> Anchorage, AK  99513-7567
> Phone: (907) 271-3699
> Fax: (907) 271-1500
> Email: jim.barkeley@usdoj.gov
> Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2006, a true and correct
copy of the foregoing MOTION FOR PRELIMINARY ORDER
OF FORFEITURE was served electronically on:

SUE ELLEN TATTER (Counsel for Daniel Wayne Philip)

s/James Barkeley