Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL WAYNE PHILIP,<br><br>　　　　　Defendant. | NO. 3:06-cr-00056-JWS<br><br>**UNOPPOSED MOTION FOR 24-HOUR MODIFICATION OF CONDITIONS OF RELEASE** |

　　　　The defendant, DANIEL WAYNE PHILIP, through counsel, hereby moves this Honorable Court to permit him a 24-hour release from his third-party custodian.  Mr. Philip is getting married to Denise Stewart on November 11, 2006.  Her father, Douglas Stewart, is the third-party custodian.  The couple would like to spend the night following their wedding alone in a hotel.  Mr. Philip has been compliant with all conditions of bail.

　　　　Assistant U.S. Attorney David Nesbett stated he did not oppose the motion for 24-hour release from third-party custody, as long as all other conditions of bail remained the same, such as no alcohol and not leaving the Anchorage area.

DATED this 13th day of October 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:           907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on October 13, 2006,
a copy of the *Unopposed Motion for
24-Hour Modification of Conditions
of Release* was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter