UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-00056-JWS |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR 24-HOUR MODIFICATION OF CONDITIONS OF RELEASE** |
| DANIEL WAYNE PHILIP, | |
| Defendant. | |

After due consideration of the defendant's Unopposed Motion for 24-hour Modification of Conditions of Release, IT IS HEREBY ORDERED that the defendant may be absent from the custody of his third-party custodian from noon on Saturday, November 11, 2006, to noon on Sunday, November 12, 2006. All other conditions of release remain in place.

DATED this _____ day of October 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE