UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:06-cr-00056-JWS |
| | ) | |
| vs. | ) | ORDER GRANTING DEFENDANT'S |
| | ) | UNOPPOSED MOTION FOR |
| DANIEL WAYNE PHILIP, | ) | 24-HOUR MODIFICATION OF |
| | ) | CONDITIONS OF RELEASE |
| Defendant. | ) | |
| | ) | |

After due consideration of the defendant's Unopposed Motion for 24-hour Modification of Conditions of Release,

**IT IS HEREBY ORDERED** that the defendant may be absent from the custody of his third-party custodian from **noon on Saturday, November 11, 2006**, to **noon on Sunday, November 12, 2006.** All other conditions of release remain in place.

DATED this 16th day of October 2006.


/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE