NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-CR-0056-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S |
| vs. | ) | SENTENCING |
| | ) | MEMORANDUM |
| DANIEL WAYNE PHILIP, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and respectfully submits this Sentencing Memorandum regarding the defendant, DANIEL WAYNE PHILIP, who is scheduled to be sentenced on December 11, 2006. For the reasons provided below, the government concurs with the recommendations made by the final presentence report ("PSR"), and recommends a sentence at the high end of the range of 24-30 months.

I.   BACKGROUND

On September 18, 2006, the defendant pled guilty to the following count of the Indictment: Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(2). The defendant also admitted to Count 2 of the Indictment, criminal forfeiture, in accordance with 18 U.S.C. § 922(d)(1). During his plea colloquy, Philip, who was subject to a domestic violence restraining order, admitted that in May of 2006 he possessed three firearms. The firearms had been transported in interstate commerce.

II.   SENTENCING CALCULATION

   A.   Statutory Maximum Sentence

The maximum sentence that may be imposed on the defendant for Count 1 of the Indictment is ten (10) years imprisonment, a $250,000 fine, three (3) years of supervised release, and a $100 special assessment.

   B.   Sentencing Guidelines Calculation

The guideline imprisonment range pursuant to the United States Sentencing Guidelines is 24-30 months.

III.   GOVERNMENT'S SENTENCING RECOMMENDATION

The government respectfully recommends that the court impose a sentence at the high end of the range of 24-30 months.

As noted in the PSR, Philip's base offense level has been enhanced four levels because he possessed the firearm in connection with a felony offense. The felony offense in this case is a particularly serious offense. Philip fired a handgun at a totally innocent person and nearly hit her. As the victim was re-entering her vehicle, the bullet struck the driver's door at approximately head level. The victim newspaper carrier was running to each residence and pausing for only a moment before returning to her car. Philip admitted observing this behavior. Philip's claim that he suspected the victim was a neighborhood thief is not a reasonable excuse for endangering the life of an innocent newspaper carrier. Philip's actions showed an extreme and reckless disregard for the life of another person, precisely the reason he was originally prohibited from possessing firearms.

When considering the sentencing factors in 18 U.S.C. § 3553, therefore, a sentence of 30 months is appropriate. Such a sentence would recognize the seriousness of defendant's offense conduct, afford adequate deterrence to future criminal conduct and, meanwhile, protect the public from further crimes of the defendant.

The government recommends that the defendant be sentenced as follows:

(1)   **30  months in custody**;

(2)   **No fine is requested** due to the defendant's inability to pay;

(4)  **A three (3) year period of supervised release,** and

(5)  **A special assessment in the amount of $100.00** is, of course, required.

RESPECTFULLY SUBMITTED this <u>4th</u> day of December, 2006, in

Anchorage, Alaska.

          NELSON P. COHEN
          United States Attorney

          <u>s/ David A. Nesbett</u>
          Special Assistant U.S. Attorney
          222 West 7th Ave., #9, Rm. 253
          Anchorage, AK 99513-7567
          Phone: (907) 271-6306
          Fax: (907) 271-1500
          E-mail: david.nesbett@usdoj.gov
          Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2006, a copy of the foregoing was served electronically on:

Sue Ellen Tatter

<u>s/ David A. Nesbett</u>