Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>Defendant. | NO. 3:06-cr-00056-JWS<br><br>**NOTICE OF FILING AFFIDAVIT**<br><br>**(Filed on Shortened Time)** |

        The defendant, DANIEL WAYNE PHILIP, through counsel, hereby files the

attached Affidavit of Heather O'Neil (Exhibit A), in aid of sentencing set for December 11,

2006.

        DATED this 8th day of December 2006.

                        Respectfully submitted,

                        s/Sue Ellen Tatter
                        Assistant Federal Defender
                        601 West Fifth Avenue, Suite 800
                        Anchorage, AK 99501
                        Phone:        907-646-3400
                        Fax:            907-646-3480
                        E-Mail:        sue_ellen_tatter@fd.org

Certification:
I certify that on December 8, 2006,
a copy of the **Notice of Filing Affidavit**
was served electronically on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Sue Ellen Tatter