Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DANIEL WAYNE PHILIP, <br><br> Defendant. | NO. 3:06-cr-00056-JWS <br><br> **AFFIDAVIT OF HEATHER O'NEIL** |
| STATE OF ALASKA <br><br> THIRD JUDICIAL DISTRICT | ss: |

Heather O'Neil, being first duly sworn upon oath, deposes and states:

1. My name is Heather O'Neil

2. I am the Customer Service Manager for the Anchorage Daily News.

3. I have been employed by the newspaper for eight months as the Customer Service Manager.

4. I have reviewed the subscription records for May 11, 2006, and determined there was no home delivery service at that time for:

    6730 Baxter Terrace St,, Anchorage, AK
    6731 Baxter Terrace St., Anchorage, AK
    6740 Baxter Terrace St., Anchorage, AK

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*/s/ Heather O'Neil*
HEATHER O'NEIL

SUBSCRIBED AND SWORN to before me this __8__ day of December, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: __6/26/08__

FRANK WAKE
My Com·

United States v. Daniel Wayne Philip
Case No. 3:06-cr-00056-JWS