```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. DANIEL WAYNE PHILIP          CASE NO. 3:06-cr-00056-JWS
Defendant:  X Not Present  X In Custody

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        DAVID NESBETT

DEFENDANT'S ATTORNEY:           SUE ELLEN TATTER

U.S.P.O.:                       PAMELA SHAW

PROCEEDINGS: STATUS CONFERENCE (IMPOSITION OF SENTENCE)
             HELD DECEMBER 11, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

Court and counsel heard re defendant's non-appearance due to being in custody on a State of Alaska case. Court to issue an order continuing the Imposition of Sentence and to have the defendant transported.

At 8:40 a.m. court adjourned.


DATE:      December 11, 2006      DEPUTY CLERK'S INITIALS:    ak