NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 3:06-cr-056-JWS |
| ) | |
| DANIEL WAYNE PHILIP, ) | PETITION FOR WRIT OF |
| ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |

   TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

   DANIEL WAYNE PHILIP, who is imprisoned by the State of Alaska Department of Corrections, at Anchorage Jail WEST, Anchorage, Alaska, is a defendant in a certain cause now pending before this court, to wit:  <u>United States of Daniel Wayne Philip</u>, Case No. 3:06-cr-056-JWS, which is necessary to schedule an imposition of sentence.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Juneau, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

                        NELSON P. COHEN
                        United States Attorney

DATED: December 11, 2006      s/ David A. Nesbett
                                        Special Assistant U.S. Attorney
                                        222 West Seventh Avenue, Room 253, #9
                                        Anchorage, Alaska  99513-7567
                                        Phone: (907) 271-6306
                                        Fax: (907) 271-1500
                                        E-mail: david.nesbett@usdoj.gov