IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | ) Case No. 3:06-cr-056-JWS )  ) |
| DANIEL WAYNE PHILIP, | ) ORDER FOR ISSUANCE OF ) WRIT OF HABEAS CORPUS |
| On Writ of Habeas Corpus | ) AD PROSEQUENDUM ) |

      On the Petition of David A. Nesbett, Special Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring DANIEL WAYNE PHILIP, now being held at Anchorage Jail WEST, Anchorage, Alaska, before this court as a defendant in a certain cause now pending before this Court, to wit: United States of Daniel Wayne Philip, Case No. 3:06-cr-056-JWS, for the scheduling of an imposition of sentence in Anchorage, Alaska and such other proceedings as the court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

      DATED this __12th__ day of December, 2006, at Anchorage, Alaska.

                                  /s/John W. Sedwick
                              UNITED STATES DISTRICT JUDGE