Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>Defendant. | NO. 3:06-cr-00056-JWS<br><br>**NOTICE OF FILING AFFIDAVIT OF FRANK WAKE**<br><br>**(Filed on Shortened Time)** |

    The defendant, DANIEL WAYNE PHILIP, through counsel, hereby files the attached Affidavit of Frank Wake (Exhibit A), in aid of sentencing set for December 14, 2006.

    DATED this 13th day of December 2006.

        Respectfully submitted,

        s/Sue Ellen Tatter
        Assistant Federal Defender
        601 West Fifth Avenue, Suite 800
        Anchorage, AK 99501
        Phone:  907-646-3400
        Fax:   907-646-3480
        E-Mail:  sue_ellen_tatter@fd.org

Certification:
I certify that on December 13, 2006,
a copy of the **Notice of Filing Affidavit
of Frank Wake** was served electronically
on:

David Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter