Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE PHILIP,<br><br>    Defendant. | NO. 3:06-cr-00056-JWS<br><br>**AFFIDAVIT OF FRANK WAKE** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Frank Wake, being first duly sworn upon oath, deposes and states:

1. I am an investigator for the Federal Public Defender Agency.

2. I have been so employed for six years.

3. I was assigned to assist Sue Ellen Tatter, Assistant Federal Defender, in the investigation of the above named individual.

4. I visited the former home of Mr. Philip on two occasions.

5. I took photographs of the location of the scene of this incident as well as of the neighboring homes on July 17, 2006, and December 11, 2006. (See Attachment 1 – Photos)

6. I researched Goggle Earth for an aerial depiction of the area surrounding 6730 Baxter Terrace Circle, Anchorage, Alaska. (See Attachment 2)

7. I contacted the Anchorage Daily News home subscription department to determine newspaper delivery service to Mr. Philip's residence as well as the immediate neighbors to his left and right.

8. An affidavit prepared at my request by Heather O'Neil states there was no newspaper delivery service for Mr. Philip or his contiguous neighbors who reside at 6740 and 6731 Baxter Terrace Circle on May 11, 2006. (See Attachment 1)

9. In conducting the investigation, I interviewed Mrs. Packard at 6740 Baxter Terrace Circle and Mr. Jurenka at 6731 Baxter Terrace Circle on July 17, 2006, and learned they did not have Anchorage Daily News newspaper delivery service to their respective homes in May 2006.

10. Based on my study of the geography of the area, I believe Mr. Philip's individual driveway, and the driveways of his immediate neighbors, were a significant distance from neighbors who might have had newspaper delivery.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
FRANK WAKE

SUBSCRIBED AND SWORN to before me this 13th day of December 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008