**Exhibit A, Attachment 1, Part 1
Page 1 of 3**



**Exhibit A, Attachment 1, Part 1
Page 2 of 3**



Exhibit A, Attachment 1, Part 1
Page 3 of 3