

Exhibit A, Attachment 1, Part 2
Page 1 of 2



Exhibit A, Attachment 1, Part 2
Page 2 of 2