

Exhibit A, Attachment 2
Page 1 of 1