```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. <u>DANIEL WAYNE PHILIP</u>      CASE NO. <u>3:06-cr-00056-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>          JOHN W. SEDWICK          </u>

DEPUTY CLERK/RECORDER: <u>          APRIL KARPER          </u>

UNITED STATES' ATTORNEY: <u>          DAVID NESBETT          </u>

DEFENDANT'S ATTORNEY: <u>          SUE ELLEN TATTER          </u>

U.S.P.O.: <u>          PAMELA SHAW          </u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD DECEMBER 14, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

<u>X</u> Notice of Appeal form given to defendant.

<u>X</u> Court stated findings/reasons pursuant to sentencing
     guidelines.

<u>X</u> Imprisonment for a period of <u>17 months and 24 days on Count 1.
     This term to run concurrently with State of Alaska case number
     3AN-S06-4864-CR pursuant to United States Sentencing
     Commission Guideline Section 5G1.3.</u>

<u>X</u> Defendant placed on supervised release for a period of <u>3</u>
     years under the usual terms and conditions with special
     conditions of supervised release as stated in the judgment.

<u>X</u> Special Assessment $<u>100.00</u>, due <u>immediately.</u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> OTHER: <u>Court and counsel heard re presentence report; court
     adopted the presentence report with additional information to
     paragraph 10. Judith Marie Stewart sworn and testified on behalf
     of the defendant. Defendant to forfeit the defendant's interest
     in the property to the United States as directed. Payment Coupon
     given to defendant. Appeal rights given.</u>

List of Witnesses filed separately.

At 9:18 a.m. court adjourned.

DATE: <u>   December 14, 2006   </u>   DEPUTY CLERK'S INITIALS: <u>   ak   </u>