RECEIVED

DEC 1 5 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 3:06-cr-056-JWS |
| DANIEL WAYNE PHILIP, ) | |
| ) | |
| On Writ of Habeas Corpus ) | <u>WRIT OF HABEAS CORPUS AD</u> |
| ) | <u>PROSEQUENDUM</u> |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| _____ ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

  We command that you have the body of DANIEL WAYNE PHILIP, by you

imprisoned and detained as it is said, at the Anchorage Jail WEST in Anchorage,

Alaska, under safe and secure conduct, before the Judge of our District Court

within and for the District of Alaska, at Anchorage, Alaska, for scheduling an

imposition of sentence during the week of December 11, 2006, or thereafter, and

other proceedings as the Court may desire, thereafter and as necessary in <u>United</u>

States of America v. Daniel Wayne Philip, Case No. 3:06-cr-056-JWS, now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 12th day of December, 2006.

                IDA ROMACK
                CLERK, U.S. DISTRICT COURT

        By: REDACTED SIGNATURE
                DEPUTY CLERK

*[Handwritten notations:]*
Ace West
12/14/2006

Daniel Philip
US District Court

Randy Johnson
[signature]